USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-26-10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
THE NEW YORK DISTRICT COUNCIL OF          :
CARPENTERS PENSION FUND, et al.,          :
                                          :     09 Civ. 9555(VM)
                  Plaintiffs,             :
                                          :
     - against -                          :     ORDER
                                          :
ACE SCAFFOLDING COMPANY INC.,             :
                                          :
                  Defendant.              :
------------------------------------------X
```

**VICTOR MARRERO, United States District Judge**

By Memo-endorsed Orders dated April 12, 2010 and April 19, 2010, the Court granted the request of plaintiffs herein extending until May 14, 2010 the date for the parties to submit a status report concerning their efforts to settle this action. A review of the Docket Sheet indicates that no further correspondence with the Court, and no answers filed by any defendants or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiffs herein clarify the status of this action and indicate whether the case remains active or should be closed on the Court's docket. In the event no timely response is made to this Order by May 31, 2010, the Court may direct that the action be dismissed and the case closed.

**SO ORDERED.**

Dated:   New York, New York
         26 May 2010

_____
VICTOR MARRERO
U.S.D.J.